UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK MARTINEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DIRECTOR OF CDCR,<br><br>　　　　　Respondent. | No.  2:12-cv-2273 WBS DAD P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 7, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 7, 2013, are adopted in full;

2. Petitioner's motion for a stay and abeyance (Docket No. 4) is denied; and

3. Petitioner is directed to file a second amended petition containing only his exhausted claims within 30 days of the date of this order.

Dated:  September 6, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/mart2273.805hc

2