IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK MARTINEZ,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DIRECTOR OF CDCR,<br><br>　　　　Respondent. | Case №: 2:12-cv-02273 KJM<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

　　　The circuit court ordered the Federal Defender to locate counsel for an appeal. CJA Panel attorney Jennifer M. Sheetz is appointed effective October 20, 2022, the date the Office of the Federal Defender contacted her. The defendant was determined to qualify for appointed counsel by the circuit court.

DATED:  November 14, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE